Eastern District of Kentucky
FILED
SEP 23 2022
At Pikeville
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CRIMINAL ACTION NO. 22-17-REW

UNITED STATES OF AMERICA          PLAINTIFF

V.    **ORDER GRANTING MOTION OF UNITED STATES
      FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

JEFFREY MULLINS          DEFENDANT

\* \* \* \* \*

On September 22, 2022, a federal grand jury indicted the Defendant, **JEFFREY MULLINS**, on the charge of bank robbery, in violation of 18 U.S.C. § 2113(a). **MULLINS** is now confined at the Floyd County Detention Center in Prestonsburg, Kentucky. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **MULLINS** to the United States Marshal so that **MULLINS** may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer shall DELIVER the Defendant, **MULLINS**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **MULLINS** in custody before the United States District Court at Pikeville, Kentucky, on *October 3*, 2022, at *10:00 a.m.* for an arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP **MULLINS** in custody until he is no longer needed, at which time the Marshal shall RETURN **MULLINS** to the custody of the jailer.

On this *23* day of *September* 2022.

Signed By:
Edward B. Atkins *EBA*
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal (3 certified copies)
United States Probation
W. Pearce Nesbitt, Assistant United States Attorney